# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **RESONANT SENSORS INCORPORATED** | § § § § | |
| **and** | | |
| **RESONANT OPTICS INCORPORATED** | § | Civil Action No. 08-cv-01978 |
| *Plaintiffs*, | § § § | |
| **v.** | § § | |
| **SRU BIOSYSTEMS, INC.** | § § § | |
| *Defendant*. | § § | |

## NOTICE OF FILING NONCONFIDENTIAL APPENDIX

### Filed in Connection With

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

> Theodore F. Shiells
> Texas State Bar No. 00796087
> CARR LLP
> 670 Founders Square
> 900 Jackson Street
> Dallas, Texas 75202
> Tel: (214)760-3000
> Fax: (214) 760-3003
> Attorneys for Plaintiffs
> RESONANT OPTICS INCORPORATED
> and
> RESONANT SENSORS INCORPORATED

The undersigned hereby declares under penalty of perjury that the Exhibits in this Appendix, listed below, are true and correct copies.

1. First Amended Complaint and Jury Demand.

2. Patent License Agreement, dated October 14, 2004 (CONFIDENTIAL – SUBMITTED UNDER SEAL – OMITTED FROM PUBLIC VERSION).

3. Webpages from Resonant Sensors Inc. website, "resonantsensors.com," entitled "Tagless Biosensor – VIDES ™ Benchtop Sensor Systems and Software.

4. SRU Biosystems, Inc. webpages from "srubiosystems.com," dated 1/4/2009.

5. Amendments Nos. 1 and 2 to Patent License Agreement, dated September 11, 2006 and July 2, 2008 (CONFIDENTIAL – SUBMITTED UNDER SEAL – OMITTED FROM PUBLIC VERSION).

6. Article entitled "Resonant Sensors Incorporated Receives Recognition of Excellence in Innovation Certificate from U.S. Department of Commerce".

7. American Drug Discovery, Vol. 3, Issue 4, June/July 2008 and Drug Discovery World, Vol. 9, Issue 3, Summer 2008.

8. Email from American Drug Discovery circulation@russpub.com to Debra Wawro, wawro@resonantsensors.com, dated January 8, 2009, and attached American Drug Discovery summary of "webinar" sponsored by SRU Biosystems, Inc..

9. Webpages from "srubiosystems.com/products/reg_form.html" including "Download Literature Registration Form," with fill-in form for customer information and check-boxes for BIND product literature.

10. Letter from John J. McDonnell to Theodore F. Shiells, dated April 2, 2008.

11.  United States Patent No. 7,400,399 entitled "Methods For Using Resonant Waveguide-Grating Filters and Sensors," Wawro et al., granted July 15, 2008, based on provisional application filing date of November 5, 1999.

12.  United States Patent No. 6,951,715, entitled "Optical Detection of Label-Free Biomolecular Interactions Using Microreplicated Plastic Sensor Elements," Cunningham et al., granted October 4, 2005, based upon provisional application filing date of October 30, 2000.

13.  Texas Biotechnology Industry Report, page 5.

14.  Article entled "Biotechnology and Life Sciences Industry Cluster".

Date: __March 2, 2009_____        __/s/Theodore F. Shiells_____
                                    Theodore F. Shiells
                                    Texas State Bar No. 00796087
                                    CARR LLP
                                    670 Founders Square
                                    900 Jackson Street
                                    Dallas, Texas 75202
                                    Tel: (214)760-3000
                                    Fax: (214) 760-3003
                                    Attorneys for Plaintiffs
                                    RESONANT OPTICS INCORPORATED
                                    and
                                    RESONANT SENSORS INCORPORATED

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been served upon all counsel of record by means of the Court's ECF system, on this day, March 2, 2009.

                                          /s/ Theodore F. Shiells
                                          Theodore F. Shiells